**THIRD DIVISION**
**DOYLE, P. J.,**
**HODGES and WATKINS, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**January 29, 2026**

# In the Court of Appeals of Georgia

A24A0316. FLEUREME v. CITY OF ATLANTA et al.

HODGES, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *Fleureme v. City of Atlanta*, 322 Ga. 180 (917 SE2d 593) (2025), our decision in *Fleureme v. City of Atlanta*, 371 Ga. App. 416 (900 SE2d 625) (2024), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court. Accordingly, we reverse the trial court's order to the extent that it granted the City's motion to dismiss on the ground that the plaintiff's ante litem notice delivered to the "Office of the Mayor" failed to satisfy the notice required by OCGA § 36-33-5(f).

*Judgment reversed. Doyle, P. J., and Watkins, J., concur.*